UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BAUMHOVER,

        Petitioner,

v.
        Case No. 2:17-cv-13575
        Hon. George Caram Steeh

J.A. TERRIS,

        Respondent.
_____/

**OPINION AND ORDER DENYING AMENDED MOTION
FOR RECONSIDERATION [Dkt. 9] AND APPLICATION
TO PROCEED IN FORMA PAUPERIS [Dkt. 10]**

Petitioner Robert Baumhover, a federal prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 16, 2017, the Court summarily dismissed the petition. Petitioner appealed, but it was dismissed by the Sixth Circuit. *Baumhover v. Terris*, No. 17-2507 (6th Cir. March 7, 2018).

Petitioner has filed an application to proceed on appeal in forma pauperis and an amended motion for reconsideration, both captioned for the Sixth Circuit. The requested relief asserted in these pleadings is addressed to the Sixth Circuit's order dismissing his appeal, and they do

not appear to be pleading intended for this Court. Accordingly, the pending motions are **DENIED**. Should Petitioner wish to pursue these matters he must re-file these pleadings in the Sixth Circuit.

**SO ORDERED**.

Dated: August 22, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 22, 2017, by electronic and/or ordinary mail and also on Robert Baumhover #13474-029, Milan Federal Correctional Institution, Inmate Mail/Parcels, P.O. Box 1000, Milan, MI 48160.

s/Barbara Radke
Deputy Clerk